# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　Cr. No. 21-20747-13
    　　　　　　　　　　　　　　Hon. TERRENCE G. BERG

    v.

CATEASHA WELLS-IVY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR BOND MODIFICATION, PERMITTING TRAVEL TO PUERTO RICO ON AUGUST 12-15, 2022

This matter having come before the Court on Defendant's Motion, there being no objection to the relief sought by the Assistant United States Attorney or Pretrial Services, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Cateasha Wells-Ivy's Bond shall be modified to permit her travel to Puerto Rico on August 12, 2022 and return to Michigan on August 15, 2022.

IT IS FURTHER ORDERED that all other bond conditions shall remain in full effect.

SO ORDERED.

    　　　　　　　　　　　　　　/s/Terrence G. Berg_____
    　　　　　　　　　　　　　　HON. TERRENCE G. BERG
    　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Dated: August 11, 2022